**Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**

**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, MARSHALL LOSKOT**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,** | Case No. 2:15-CV-00104 MCE CMK |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |
| v. | |
| **MA EUDWIGES ORTEGADEMIRANDA,** dba **ORTEGA'S RESTAURANT, JOHN W. SANDERS III** and **KIMBERLY B. SANDERS** as Trustees of the **JOHN W. SANDERS III AND KIMBERLY B. SANDERS 2002 REVOCABLE TRUST,** and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

Plaintiff **MARSHALL LOSKOT** and Defendants **MA EUDWIGES ORTEGADEMIRANDA, dba ORTEGA'S RESTAURANT, JOHN W. SANDERS III and KIMBERLY B. SANDERS as Trustees of the JOHN W. SANDERS III AND KIMBERLY B. SANDERS 2002 REVOCABLE TRUST**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Plaintiff passed away in April 2015, and the parties agree to the dismissal of the above-captioned action with prejudice, pursuant to FRCP 41(a), each party to bear their own attorney fees and costs.

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: April 27, 2015  /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**MARSHALL LOSKOT**

**REESE, SMALLEY, WISEMAN & SCHWEITZER, LLP**

Dated: April 21, 2015  /s/ Joshua J. Divine
Joshua J. Divine, Attorney for Defendants
**MA EUDWIGES ORTEGADEMIRANDA**

**MINASIAN, MEITH, SOARES, SEXTON & COOPER, LLP**

Dated: April 23, 2015  /s/ Emily E. LaMoe
Emily E. LaMoe, Attorneys for Defendants
**JOHN W. SAUNDERS, III, Trustee**

## ORDER

Having considered the parties' signed Stipulation of Dismissal and for good cause appearing, this action is DISMISSED with prejudice, with each party to bear their own attorney's fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: April 28, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT